IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| OKLAHOMA FIREFIGHTERS PENSION & RETIREMENT SYSTEM, Individually And On Behalf of All Others Similarly Situated, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:14-cv-00108 (AJT/JFA) |
| K12, INC., NATHANIAL A. DAVIS, RONALD J. PACKARD, TIMOTHY L. MURRAY, HARRY T. HAWKS, and JAMES J. RHYU | ) ) ) ) ) | CLASS ACTION |
| Defendants. | ) ) ) | |

**ORDER**

Upon consideration of (1) the Motion [Doc. No. 4] filed by the Oklahoma Firefighters Pension & Retirement System ("Oklahoma") for appointment as Lead Plaintiff and approval of selection of Lead and Liaison Counsel; (2) the Memorandum of Law in support thereof; (3) the Declaration of Elizabeth Aniskevich in support thereof; and (4) all other pleadings and argument submitted to this Court, it appearing to the Court that the procedural requirements for appointing a lead plaintiff, as set forth in 15 U.S.C. §§ 78u-4(a)(1) and (3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), have been satisfied, and for good cause shown, it is hereby

ORDERED that Oklahoma's Motion [Doc. No. 4], be and the same hereby is, GRANTED; and it is further

ORDERED that Oklahoma is APPOINTED to serve as Lead Plaintiff pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the PSLRA, in the above-captioned action and all related actions consolidated pursuant to paragraph 4 of this Order; and it is further

ORDERED that Oklahoma's selection of Lead Counsel is APPROVED, and Bernstein Litowitz Berger & Grossmann LLP is APPOINTED as Lead Counsel for the Class; and it is further

ORDERED that Oklahoma's selection of Liaison Counsel is APPROVED and Cohen Milstein Sellers & Toll PLLC is APPOINTED as Liaison Counsel for the Class; and it is further

ORDERED that, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, any pending, subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned action are CONSOLIDATED for all purposes; and it is further

ORDERED that the consolidated action shall be captioned "In re K12, Inc. Securities Litigation" and the file shall be maintained under Master File No. 14-cv-00108-AJT-JFA.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/

Anthony J. Trenga
United States District Judge

Alexandria, Virginia
April 24, 2014

2