AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| Oklahoma Firefighters Pension & Retirement System ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:14-cv-108-AJT-JFA |
| K12 Inc., et al. ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nathaniel A. Davis; Ronald J. Packard; Timothy L. Murray; Harry T. Hawks; James J. Rhyu    .

Date:  04/28/2014

/s/Stephen P. Barry
*Attorney's signature*

Stephen P. Barry, VA Bar No. 81839
*Printed name and bar number*

555 11th Street NW, Suite 1000
Washington, DC 20004
*Address*

stephen.barry@lw.com
*E-mail address*

(202) 637-2200
*Telephone number*

(202) 637-2201
*FAX number*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th April, 2014, I caused the foregoing Appearance of Counsel to be filed electronically with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all registered users

By: /s/ Stephen P. Barry
Stephen P. Barry (VSB No. 81839)
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Fax: (202) 637-2201
stephen.barry@lw.com

*Counsel for Defendants K12 Inc.,*
*Nathaniel A. Davis, Ronald J. Packard,*
*Timothy L. Murray, Harry T. Hawks,*
*and James J. Rhyu*