IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 14-cv-00108-AJT-JFA, Case Name In re K12, Inc. Securities Litigation
Party Represented by Applicant: (See Attachment A)

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Peter Allen Wald
Bar Identification Number 85705    State CA
Firm Name Latham & Watkins LLP
Firm Phone # (415) 391-0600    Direct Dial # (415) 395-8006    FAX # (415) 395-8095
E-Mail Address peter.wald@lw.com
Office Mailing Address 505 Montgomery Street Suite 2000 San Francisco, CA 94111-6538

Name(s) of federal court(s) in which I have been admitted (See Attachment A)

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/Stephen P. Barry          04/25/2014
(Signature)                  (Date)
Stephen P. Barry             81839
(Typed or Printed Name)      (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

_____          _____
(Judge's Signature)            (Date)

**Attachment A:**

**Parties Represented by Applicant**

Defendants K12 Inc., Nathaniel A. Davis, Ronald J. Packard, Timothy L. Murray, Harry T. Hawks, and James J. Rhyu

**Federal Court Admissions of Peter Allen Wald**

- U.S. Court of Appeals for the 2nd Circuit
- U.S. Court of Appeals for the 5th Circuit
- U.S. Court of Appeals for the 9th Circuit
- U.S. Court of Appeals for the 10th Circuit
- U.S. Court of Appeals for the Federal Circuit
- U.S. District Court for the Central District of California
- U.S. District Court for the Eastern District of California
- U.S. District Court for the Northern District of California
- U.S. District Court for the Southern District of California
- U.S. District Court for the District of Colorado
- U.S. Supreme Court

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of April, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all registered users

By: /s/ Stephen P. Barry
Stephen P. Barry (VSB No. 81839)
Latham & Watkins LLP
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Fax: (202) 637-2201
stephen.barry@lw.com

*Counsel for Defendants K12 Inc., Nathaniel A. Davis, Ronald J. Packard, Timothy L. Murray, Harry T. Hawks, and James J. Rhyu*