IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION & RETIREMENT SYSTEM, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> K12 INC., NATHANIEL A. DAVIS, RONALD J. PACKARD, TIMOTHY L. MURRAY, HARRY T. HAWKS, and JAMES J. RHYU, <br><br> Defendants. | Civil Action No. 1:14-cv-00108 (AJT/JFA) |

**STIPULATION AND PROPOSED
CASE MANAGEMENT PLAN AND SCHEDULING ORDER**

Oklahoma Firefighters Pension & Retirement System ("Lead Plaintiff"), as court-appointed Lead Plaintiff for the putative class, individually and on behalf of all others similarly situated, by and through its respective counsel, and Defendants K12 Inc., Nathaniel A. Davis, Ronald J. Packard, Timothy L. Murray, Harry T. Hawks, and James J. Rhyu ("Defendants"), by and through their respective counsel, hereby stipulate to the following Initial Case Management Plan and Scheduling Order for the above-captioned action:

WHEREAS, on January 30, 2014, Lead Plaintiff filed a complaint captioned *Oklahoma Firefighters Pension & Retirement System v. K12 Inc., et al.*, No. 14-CV-108, a putative class action under the Private Securities Litigation Reform Act of 1995 ("PSLRA");

WHEREAS, on April 1, 2014, the Oklahoma Firefighters Pension & Retirement System filed a timely motion, and supporting papers, seeking appointment as Lead Plaintiff and for appointment of Lead and Liaison Counsel [Doc. Nos. 4-6] (the "Motion"). No other motions were filed and Lead Plaintiff's Motion was unopposed.

WHEREAS, on April 25, 2014, this Court granted the Motion and appointed Oklahoma Firefighters Pension & Retirement System as Lead Plaintiff and approved its election of Bernstein Litowitz Berger & Grossmann LLP as Lead Counsel and Cohen Milstein Sellers & Toll PLLC as Liaison Counsel [Doc. No. 7];

WHEREAS, Lead Plaintiff intends to file an Amended Complaint;

WHEREAS, the parties believe that, for reasons of judicial efficiency and economy, Defendants should not be required to respond to the existing complaint, but rather should withhold responding to any complaint until after Lead Plaintiff has filed an Amended Complaint; and

WHEREAS, Defendants intend to file a motion to dismiss the Amended Complaint.

NOW THEREFORE, Lead Plaintiff and Defendants, by and through their respective counsel, agree and stipulate to the following:

1. Defendants shall not respond to any complaint in this action until after Lead Plaintiff has filed an Amended Complaint;

2. Lead Plaintiff shall file and serve an Amended Complaint on or before June 9, 2014;

3. Defendants shall file and serve their motion to dismiss the Amended Complaint on or before July 24, 2014;

4. Lead Plaintiff shall file and serve its Opposition to Defendants' motion to dismiss on or before August 25, 2014; and

5. Defendants shall file and serve any Reply in support of their motion to dismiss on or before September 9, 2014.

Respectfully Submitted: April 28, 2014

**IT IS SO STIPULATED**

By: /s/ Elizabeth Aniskevich
Steven J. Toll (Va. Bar No. 15300)
Daniel S. Sommers
Elizabeth Aniskevich (Va. Bar No. 81809)
COHEN MILSTEIN SELLERS &
TOLL PLLC
1100 New York Ave., N.W.
Suite 500, East Tower
Washington, DC 20005-3965
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
stoll@cohenmilstein.com
dsommers@cohenmilstein.com
eaniskevich@cohenmilstein.com

*Liaison Counsel for the Class*

Gerald H. Silk
Avi Josefson
James A. Harrod
Kristin Ann Meister
Stefanie J. Sundel
BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 554 1400
Facsimile:  (212) 554 1444
jerry@blbglaw.com
avi@blbglaw.com
jim.harrod@blbglaw.com
kristin@blbglaw.com
stefanie.sundel@blbglaw.com

*Lead Counsel For the Class and Counsel for
Lead Plaintiff Oklahoma Firefighters Pension
& Retirement System*

By: /s/ Stephen P. Barry
Kevin H. Metz (*pro hac vice* pending)
Stephen P. Barry (Va. Bar. No. 81839)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Fax: (202) 637-2201
kevin.metz@lw.com
stephen.barry@lw.com

Peter A. Wald (*pro hac vice* pending)
Marcy C. Priedeman
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Fax: (415) 395-8095
peter.wald@lw.com
marcy.priedeman@lw.com

Colleen C. Smith
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
Fax: (858) 523-5450
colleen.smith@lw.com

*Counsel for Defendants K12 Inc., Nathaniel A.
Davis, Ronald J. Packard, Timothy L. Murray,
Harry T. Hawks, and James J. Rhyu*

**SO ORDERED.**

DATED: _____, 2014

                                              ANTHONY J. TRENGA
                                              UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of April, 2014, I electronically filed the foregoing Stipulation and Proposed Case Management Plan and Scheduling Order with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all registered users.

By: /s/ Stephen P. Barry

Stephen P. Barry (Va. Bar No. 81839)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004-1304
E-mail: stephen.barry@lw.com
Telephone: (202) 637-2200
Fax: (202) 637-2201

*Counsel for Defendants K12 Inc., Nathaniel A. Davis, Ronald J. Packard, Timothy L. Murray, Harry T. Hawks, and James J. Rhyu*