IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

OKLAHOMA FIREFIGHTERS )
PENSION & RETIREMENT SYSTEM, )
*Individually And On Behalf Of All Others* )
*Similarly Situated,* )
)
        Plaintiff, )
)
v. )    Civil Action No. 1:14cv0108 (AJT/JFA)
)
K12, INC., *et al.*, )
)
        Defendants. )
_____ )

## ORDER

This matter is before the court on the parties' Stipulation and Proposed Case Management Plan and Scheduling Order. (Docket no. 11) ("Proposed Case Management Plan"). Upon review of the Proposed Case Management Plan, it appears that the time periods offered by the parties are not consistent with the expeditious resolution of the matters presented. Accordingly, it is hereby

ORDERED that the parties shall notice their Proposed Case Management Plan for a hearing before the undersigned.

Entered this 2nd day of May, 2014.

                              /s/ JFA
                          John F. Anderson
                          United States Magistrate Judge

Alexandria, Virginia