**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| IN RE K12, INC. SECURITIES LITIGATION | Case No. 1:14-cv-00108-AJT-JFA |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on **May 9, 2014 at 10:00 a.m.**, or as soon thereafter as counsel may be heard, all parties in the above-captioned litigation jointly seek to bring on for hearing their Stipulation and Proposed Case Management Plan and Scheduling Order, filed April 28, 2014 (Docket No. 11) (the "Proposed Case Management Plan"), before United States Magistrate Judge John F. Anderson in accordance with the Order entered by this Court on May 2, 2014 (Docket No. 20), directing that the parties notice their Proposed Case Management Plan for a hearing. Directly upon learning of the Court's Order during the afternoon of May 2, 2014, the parties began to confer on their availability for a hearing for May 9, 2014 at 10:00 a.m. Unfortunately, the parties were unable to confirm their mutual availability for a May 9, 2014 hearing until after the Court's 5:00 p.m. deadline for filing a Notice of Hearing on May 2, 2014. However, the parties have now conferred and agree that this matter should be resolved expeditiously. Accordingly, all parties are available for a hearing on May 9, 2014 at 10:00 a.m. if the Court can accommodate our notice to be heard on that date. Alternatively, all parties are available for a hearing on May 16, 2014 at 10:00 a.m.

Dated: May 3, 2014                                                              Respectfully submitted,

| | |
|---|---|
| /s/ Elizabeth Aniskevich | /s/ Stephen P. Barry |
| Steven J. Toll (Va. Bar No. 15300) | Kevin H. Metz (*pro hac vice*) |
| Daniel S. Sommers | Stephen P. Barry (Va. Bar No. 81839) |
| Elizabeth Aniskevich (Va. Bar No. 81809) | LATHAM & WATKINS LLP |
| COHEN MILSTEIN SELLERS & TOLL PLLC | 555 Eleventh Street NW, Suite 1000 |
| 1100 New York Ave., N.W. | Washington, DC 20004-1304 |
| Suite 500, East Tower | Telephone: (202) 637-2200 |
| Washington, DC 20005-3965 | Fax: (202) 637-2201 |
| Telephone: (202) 408-4600 | kevin.metz@lw.com |
| Facsimile: (202) 408-4699 | stephen.barry@lw.com |
| stoll@cohenmilstein.com | |
| dsommers@cohenmilstein.com | Peter A. Wald (*pro hac vice*) |
| eaniskevich@cohenmilstein.com | Marcy C. Priedeman |
| | LATHAM & WATKINS LLP |
| *Liaison Counsel for the Class* | 505 Montgomery Street, Suite 2000 |
| | San Francisco, CA 94111-6538 |
| Gerald H. Silk | Telephone: (415) 391-0600 |
| Avi Josefson | Fax: (415) 395-8095 |
| James A. Harrod (*pro hac vice*) | peter.wald@lw.com |
| Kristin Ann Meister (*pro hac vice*) | marcy.priedeman@lw.com |
| Stefanie J. Sundel (*pro hac vice*) | |
| BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP | Colleen C. Smith |
| | LATHAM & WATKINS LLP |
| 1285 Avenue of the Americas | 12670 High Bluff Drive |
| New York, New York 10019 | San Diego, CA 92130 |
| Telephone: (212) 554 1400 | Telephone: (858) 523-5400 |
| Facsimile: (212) 554 1444 | Fax: (858) 523-5450 |
| jerry@blbglaw.com | colleen.smith@lw.com |
| avi@blbglaw.com | |
| jim.harrod@blbglaw.com | *Counsel for Defendants K12 Inc., Nathaniel A.* |
| kristin@blbglaw.com | *Davis, Ronald J. Packard, Timothy L. Murray,* |
| stefanie.sundel@blbglaw.com | *Harry T. Hawks, and James J. Rhyu* |
| | |
| *Lead Counsel For the Class and Counsel for Lead Plaintiff Oklahoma Firefighters Pension & Retirement System* | |

CERTIFICATE OF SERVICE

    This is to certify that on this date, I electronically filed the foregoing NOTICE OF HEARING with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing upon Counsel of Record

This 3rd day of May 2014

 /s/ Elizabeth A. Aniskevich
Elizabeth A. Aniskevich
Va. Bar. No. 81809
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW
Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699