AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Oklahoma Firefighters Pension & Retirement System ) <br> *Plaintiff* ) <br> v. ) <br> K12 Inc., et al. ) <br> *Defendant* ) | Case No. 1:14-cv-108-AJT-JFA |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

K12 Inc.; Nathaniel A. Davis; Ronald J. Packard; Timothy L. Murray; Harry T. Hawks; James J. Rhyu         .

Date:  05/05/2014

/s/ Timilin K. Sanders
*Attorney's signature*

Timilin K. Sanders , VA Bar No. 77281
*Printed name and bar number*

Latham & Watkins LLP
555 Eleventh Street NW, Suite 1000
Washington, DC  20004
*Address*

timilin.sanders@lw.com
*E-mail address*

202-637-2200
*Telephone number*

202-637-2201
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2014, I caused the foregoing Appearance of Counsel to be filed electronically with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all registered users.

/s/ Timilin K. Sanders
Timilin K. Sanders (VSB No. 77281)
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC  20004
Telephone: (202) 637-2200
Fax: (202) 637-2201
timilin.sanders@lw.com

*Counsel for Defendants K12 Inc., Nathaniel A. Davis, Ronald J. Packard, Timothy L. Murray, Harry T. Hawks, and James J. Rhyu*