IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __14-cv-00108-AJT-JFA__, Case Name __In re K12, Inc. Securities Litigation__
Party Represented by Applicant: __(See Attachment A.)__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Marcy Priedeman__
Bar Identification Number __258505__          State __CA__
Firm Name __Latham & Watkins LLP__
Firm Phone # __(415) 391-0600__     Direct Dial # __(415) 646-7862__     FAX # __(415) 395-8095__
E-Mail Address __marcy.priedeman@lw.com__
Office Mailing Address __505 Montgomery Street Suite 2000 San Francisco, CA 94111-6538__

Name(s) of federal court(s) in which I have been admitted __US Court of Appeals-9th Circuit; US District Court-Central District California__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

*/s/ Marcy C. Priedeman*
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

| /s/Stephen P. Barry | 04/30/2014 |
|---|---|
| (Signature) | (Date) |
| Stephen P. Barry | 81839 |
| (Typed or Printed Name) | (VA Bar Number) |

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

_____          _____
(Judge's Signature)                                        (Date)

**Attachment A:**

**Parties Represented by Applicant:**

Defendants K12 Inc., Nathaniel A. Davis, Ronald J. Packard, Timothy L. Murray, Harry T. Hawks, and James J. Rhyu

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of May, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all registered users

By: /s/ Stephen P. Barry

Stephen P. Barry (VSB No. 81839)
Latham & Watkins LLP
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Fax: (202) 637-2201
stephen.barry@lw.com

*Counsel for Defendants K12 Inc.,*
*Nathaniel A. Davis, Ronald J. Packard,*
*Timothy L. Murray, Harry T. Hawks,*
*and James J. Rhyu*