## MOTION HEARING

Date: 5-9-14

Start: 10:00
Finish: 10:13

Judge: **John F. Anderson**
Reporter: FTR
Deputy Clerk: **Norma T. Blackmon**

Civil Action Number: 14-108 CV

Oklahoma Firefighters Pension and retirement System

vs.

KIA incorporated, et al.

Appearance of Counsel for (✓) Pltf  (✓) Deft
( ) Matter is Uncontested
Motion to/for:
Case management (docket call)
time table set as to (case schedule)

(time periods set)

Argued &
( ) Granted ( ) Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to

( ) Report and Recommendation to Follow
( ) Order to Follow