# Exhibit A

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Robert E. Jones, Jr., on behalf of Oklahoma Firefighters Pension and Retirement System ("Oklahoma Firefighters"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Executive Director of Oklahoma Firefighters. I have reviewed the complaint and authorize its filing.

2. Oklahoma Firefighters did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Oklahoma Firefighters is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Oklahoma Firefighters' transactions in the K12 Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. Oklahoma Firefighters has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

*In re Finisar Corporation Securities Litigation*, Case No. 11-cv-1252 (N.D. Cal.)
*In re Miller Energy Resources Securities Litigation*, Case No. 11-cv-386 (E.D. Tenn.)
*Oklahoma Firefighters Pension and Retirement System v. Student Loan Corporation, et al.*, Case No. 12-cv-895 (S.D.N.Y.)
*In re Mako Surgical Corporation Securities Litigation*, Case No. 12-cv-60875 (S.D. Fla.)
*Reinschmidt v. Zillow, Inc., et al.*, Case No. 12-cv-2084 (W.D. Wash.)
*Chaudry v. Microsoft Corp., et al.*, Case No. 13-cv-2038 (W.D. Wash.)
*In re Edwards Lifesciences Corp. Securities Litigation*, Case No. 13-cv-1463 (C.D. Cal.)

6. Oklahoma Firefighters has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motions for lead plaintiff or was not appointed lead plaintiff:

*William D. Wallace v. Intralinks Holdings, Inc., et al.*, Case No. 11-cv-8861 (S.D.N.Y.)
*Hoppaugh v. K12 Inc., et al.*, Case No. 12-cv-103 (E.D. Va.)
*Sanders v. VeriFone Systems, Inc., et al.*, Case No. 13-cv-1038 (N.D. Cal.)
*Mazzaferro v. Aruba Networks, Inc., et al.*, Case No. 13-cv-2342 (N.D. Cal.)
*Singh v. Orthofix International N.V., et al.*, Case No. 13-cv-5696 (S.D.N.Y.)
*Rieckborn v. Velti plc, et al.*, Case No. 13-cv-3889 (N.D. Cal.)

7. Oklahoma Firefighters is currently seeking to serve as a lead plaintiff and representative party on behalf of a class in the following action filed under the federal securities laws during the three years preceding the date of this Certification:

*Lang v. Tower Group International, Ltd., et al.*, Case No. 13-cv-5852 (S.D.N.Y.)
*Felix Santore v. Ixia, et al.*, Case No. 13-cv-8440 (C.D. Cal.)

8. Oklahoma Firefighters will not accept any payment for serving as a representative party on behalf of the Class beyond Oklahoma Firefighters' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.


I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of January, 2014.

_____
Robert E. Jones, Jr.
Executive Director
*Oklahoma Firefighters Pension and*
*Retirement System*

**Oklahoma Firefighters Pension and Retirement System**
**Transactions in K12**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 3/28/2013 | 400 | 23.8538 |
| Purchase | 4/1/2013 | 2,200 | 23.7347 |
| Purchase | 4/2/2013 | 975 | 23.7712 |
| Purchase | 5/17/2013 | 800 | 29.5761 |
| Purchase | 5/20/2013 | 800 | 29.7550 |
| Purchase | 5/20/2013 | 600 | 29.7849 |
| Purchase | 5/21/2013 | 800 | 30.4391 |
| Purchase | 5/22/2013 | 600 | 30.1423 |
| Purchase | 5/22/2013 | 500 | 30.6300 |
| Purchase | 5/23/2013 | 400 | 29.9205 |
| Purchase | 5/24/2013 | 1,300 | 29.7989 |
| Purchase | 5/28/2013 | 1,100 | 30.1800 |
| Purchase | 5/28/2013 | 1,200 | 30.3554 |
| Purchase | 5/29/2013 | 700 | 29.8866 |
| Purchase | 5/29/2013 | 2,100 | 30.2500 |
| Purchase | 5/30/2013 | 200 | 29.9245 |
| Purchase | 5/30/2013 | 500 | 29.9400 |
| Purchase | 5/31/2013 | 686 | 29.9821 |
| Purchase | 7/3/2013 | 200 | 27.2879 |
| Purchase | 7/5/2013 | 1,000 | 27.6400 |
| Purchase | 7/5/2013 | 400 | 28.5007 |
| Purchase | 7/8/2013 | 1,500 | 28.6236 |
| Purchase | 7/8/2013 | 200 | 29.1955 |
| Purchase | 7/9/2013 | 100 | 28.8411 |
| Purchase | 7/9/2013 | 100 | 29.0746 |
| Purchase | 7/9/2013 | 1,500 | 29.1900 |
| Purchase | 7/10/2013 | 100 | 29.2395 |
| Purchase | 7/10/2013 | 200 | 29.4008 |
| Purchase | 7/11/2013 | 800 | 29.9887 |
| Purchase | 7/12/2013 | 700 | 29.9526 |
| Purchase | 7/15/2013 | 200 | 29.8600 |
| Purchase | 7/15/2013 | 300 | 29.9168 |
| Purchase | 7/16/2013 | 1,000 | 29.8794 |
| Purchase | 7/16/2013 | 400 | 29.9983 |
| Purchase | 7/17/2013 | 946 | 29.9967 |
| Purchase | 7/25/2013 | 200 | 30.8919 |
| Purchase | 7/26/2013 | 100 | 30.5800 |
| Purchase | 7/26/2013 | 200 | 30.6590 |
| Purchase | 7/26/2013 | 468 | 30.6770 |
| Purchase | 8/28/2013 | 200 | 31.9969 |
| Purchase | 8/29/2013 | 2,100 | 36.0661 |
| Purchase | 8/29/2013 | 1,400 | 36.4660 |
| Sale | 8/1/2013 | (200) | 31.6742 |
| Sale | 8/13/2013 | (100) | 31.9214 |
| Sale | 8/29/2013 | (6,100) | 35.7770 |