**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| IN RE K12, INC. SECURITIES LITIGATION | Civil Action No. 1:14-cv-00108 (AJT/JFA) |

**DEFENDANTS K12 INC., NATHANIEL A. DAVIS, RONALD J. PACKARD, TIMOTHY L. MURRAY, HARRY T. HAWKS, AND JAMES J. RHYU'S <u>MOTION TO DISMISS THE AMENDED COMPLAINT</u>**

Pursuant to Rules 8, 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act ("PSLRA"), and on the grounds set forth in the accompanying Memorandum, which is incorporated herein by reference, Defendants K12 Inc., Nathaniel A. Davis, Ronald J. Packard, Timothy L. Murray, Harry T. Hawks, and James J. Rhyu hereby move the Court to dismiss the Amended Class Action Complaint filed in the above-captioned matter on May 23, 2014 by Lead Plaintiff Oklahoma Firefighters Pension & Retirement System.

Date: June 20, 2014

Respectfully Submitted,

LATHAM & WATKINS LLP

/s/ Stephen P. Barry
Stephen P. Barry (Va. Bar No. 81839)
Kevin H. Metz (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Fax: (202) 637-2201
E-mail: stephen.barry@lw.com
E-mail: kevin.metz@lw.com

Peter A. Wald (*pro hac vice*)
Marcy C. Priedeman (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Fax: (415) 395-8095
E-mail: peter.wald@lw.com
E-mail: marcy.priedeman@lw.com

Colleen C. Smith (*pro hac vice*)
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (415) 391-0600
Fax: (415) 395-8095
E-mail: colleen.smith@lw.com

*Attorneys for Defendants K12 Inc.,*
*Nathaniel A. Davis, Ronald J. Packard,*
*Timothy L. Murray, Harry T. Hawks, and*
*James J. Rhyu*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June, 2014, I electronically filed the foregoing Motion to Dismiss the Amended Complaint with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

By: /s/ Stephen P. Barry

Stephen P. Barry (Va. Bar No. 81839)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004-1304
E-mail: stephen.barry@lw.com
Telephone: (202) 637-2200
Fax: (202) 637-2201

*Counsel for Defendants K12 Inc., Nathaniel A. Davis, Ronald J. Packard, Timothy L. Murray, Harry T. Hawks, and James J. Rhyu*