## \*\* CIVIL MOTION MINUTES \*\*

Date: **8/08/2014**　　　　　　　　　　　　Judge: **Anthony J. Trenga**
　　　　　　　　　　　　　　　　　　　　Reporter: **R. Montgomery**
Time: **11:50 – 12:15**

Civil Action Number: **1:14-cv-00108**

**OKLAHOMA FIREFIGHTERS PENSION & RETIREMENT SYSTEM**

vs.

**K12, INC., et al**

Appearances of Counsel for　　(**X**) Defendant　　　　(**X**) Plaintiff

Motion to/for:
Motion to Dismiss for Failure to State a Claim [39] by Deft.

Argued &
(  ) Granted　　(  ) Denied　　(  ) Granted in part/Denied in part
(**X**) Taken Under Advisement　　(  ) Continued to

(  ) Report and Recommendation to Follow
(**X**) Order to Follow

Pltf.:　Steven Toll　　　　　　　Deft.:　Stephen Barry
　　　James Herrod　　　　　　　　　　Peter Walk
　　　Adam Warboroski　　　　　　　　Kevin Metz