IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION & RETIREMENT SYSTEM, Individually And On Behalf of All Others Similarly Situated, <br><br>  Plaintiff, <br><br> v. <br><br> K12, INC., *et al.*, <br><br>  Defendants. | Civil Action No. 1:14-cv-108 (AJT/JFA) <br><br> **CLASS ACTION** |

## ORDER

This matter is before the Court on Defendants K12 Inc., Nathaniel A. Davis, Ronald J. Packard, Timothy L. Murray, Harry T. Hawks, and James J. Rhyu's Motion to Dismiss the Amended Complaint [Doc. No. 39] ("Motion to Dismiss"). The hearing was held on August 8, 2014, following which the Court took the matter under advisement. Upon consideration of the Motion to Dismiss, the memoranda filed in support thereof and in opposition thereto, and the argument of counsel at the hearing, and for the reasons set forth in the Court's Memorandum Opinion, it is hereby

ORDERED that the defendants' Motion to Dismiss be, and the same hereby is, GRANTED and that plaintiff's Amended Complaint [Doc. No. 38] be, and the same hereby is, DISMISSED.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
_____
Anthony J. Trenga
United States District Judge

November 5, 2014
Alexandria, Virginia